Local AO 450 (rev. 5/10)

# United States District Court
### District of North Dakota

Panircelvan Kaliannan, et. al.,

        Plaintiffs,

vs.

EE Hoong Liang,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  3:17-cv-90

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

The Court GRANTS the Plaintiffs' motion for summary judgment (Doc. No. 50). Judgment is entered in favor of the Plaintiffs as follows, plus interest at the statutory rate as governed by 28 U.S.C. § 1961 until paid:

(1) Tan Hock Seng and Roger Teo Kok Wei, jointly and severally, in the amount of $38,860.05;
(2) Panircelvan S/o Kaliannan in the amount of $53,117.16;
(3) Teo Khim Ho, Chang Mun Kum Christina, Koh Hwee Ben Erin, and Ng Yim Har, jointly and severally, in the amount of $196,035.00;
(4) Tong Lay Yeen Giovanna in the amount of $40,937.31; and
(5) Koh Thong Juay and Tong Siew Geok, jointly and severally, in the amount of $523,689.29.

Date:  December 31, 2018

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*